IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BARRY E. GILLS | ) | CASE NO. 10-64906 |
| NADA J. GILLS | | |
| | ) | JUDGE RUSS KENDIG |
| DEBTOR(S) | | |
| | | NOTICE |

## NOTICE OF HEARING ON CONFIRMATION
## OF PLAN & FIXING LAST DATE TO FILE OBJECTIONS

The Debtors herein are filing an Amended Plan with the Court and hereby give notice that: A hearing on the Confirmation of said Amended Plan will be held on the 9th day of February, 2011 at 2:00 p.m. in the Ralph Regula US Courthouse, 401 McKinley Ave., S.W., Canton, Ohio 44702. See attached plan.

Any objections to said Amended Plan shall be in writing and must be filed with the Court, Counsel for the Debtors, and the Chapter 13 Trustee no later than five (5) working days prior to said hearing.

/s/ Jennifer Schandel Bergert
Attorney Jennifer Schandel Bergert

### CERTIFICATE OF SERVICE

I, Jennifer Schandel Bergert, hereby certify that the foregoing Notice was sent by regular US mail, postage prepaid, this 14th day of December, 2010. To the following individuals:

See attached list.

I, Jennifer Schandel Bergert, hereby certify that the foregoing Notice waselectronically transmitted on or about December 14th, 2010, to the following who are listed on the Court's Electronic Mail Notice List:

Toby L Rosen - lweir@chapter13canton.com
United States Trustee (Registered address)@usdoj.gov

/s/ Jennifer Schandel Bergert
Attorney Jennifer Schandel Bergert

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 10-64906-rk<br>Northern District of Ohio<br>Canton<br>Tue Dec 14 10:40:31 EST 2010 | Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Levin Furniture<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 |
| Citibank South Dakota NA<br>701 East 60th St. N.<br>Sioux Falls, SD 57104-0493 | First Federal Credit Control<br>2470 Chagrin Blvd. Ste. 205<br>Beachwood, OH 44122 | (p)FIRSTMERIT BANK NA<br>3 CASCADE PLAZA CAS36<br>3RD FLOOR<br>AKRON OH 44308-1124 |
| (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 | GE Money Bank<br>C/O Morgan & Pottinger PSC<br>204 E. Market St.<br>Louisville, KY 40202-1218 | HSBC Bank Nevada, NA<br>1111 Town Center Dr.<br>Las Vegas, NV 89144-6364 |
| HSBC/Best Buy<br>P.O. Box 5253<br>Carol Stream, IL 60197-5253 | JCPenney<br>Customer Service C/O GEMB<br>P.O. Box 981131<br>El Paso, TX 79998-1131 | Javitch, Block & Rathbone<br>1100 Superior Ave., 19th Fl.<br>Cleveland, OH 44114-2521 |
| Jennifer Nageotte, Esq.<br>1100 Superior Ave., 19th Fl.<br>Cleveland, OH 44114-2521 | Kohls<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 | MKM Acquisitions LLC<br>PO Box 9010<br>Woodbury NY 11797-9010 |
| Sears/CBSD<br>133200 Smith Rd.<br>Cleveland, OH 44130 | Sears/CitiBank SD<br>8725 W. Sahara Ave.<br>The Lakes, NV 89163-0001 | WFFNB/Levin<br>Bankruptcy Dept.<br>P.O. Box 182125<br>Columbus, OH 43218-2125 |
| Wells Fargo Home Mortgage<br>3601 Minnesota Dr. Suite 200<br>Bloomington, MN 55435-5281 | Barry E. Gills<br>1174 Sheraton Circle N.W.<br>North Canton, OH 44720-2217 | Jennifer Schandel Bergert<br>116 Cleveland Ave NW<br>#709<br>Canton, OH 44702-1731 |
| Nada J. Gills<br>1174 Sheraton Circle N.W.<br>North Canton, OH 44720-2217 | Toby L Rosen<br>400 W Tuscarawas St<br>Charter One Bank Bldg<br>4th Floor<br>Canton, OH 44702-2044 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Merit Bank, N.A.<br>2917 Whipple Ave N.W.<br>Canton, OH 44708 | Ford Motor Credit<br>National Bankruptcy Service Center<br>P.O. Box 537901<br>Livonia, MI 48153-7901 | End of Label Matrix<br>Mailable recipients   22<br>Bypassed recipients    0<br>Total                   22 |

☒

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re: ) **Judge Russ Kendig**
 )
_____, ) Case No. _____
 )
**Debtor(s)** ) ☐ **Chapter 13 Form Plan Summary**
 ) ☐ _____ **Amended Chapter 13 Plan**

**Read this carefully**. You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

   ☐ Continued on attached separate page(s).

2. \_\_\_\_\_% to general unsecured creditors (E9)

3. Assumed unexpired leases and executory contracts (B1)
   
   | Creditor | Description of asset or contract |
   |---|---|
   |  |  |
   |  |  |
   |  |  |

   ☐ Continued on attached separate page(s).

   All other leases and executory contracts deemed rejected.

1

4. Mortgages or Judgment Liens - Ongoing Monthly Payment ( C, E3, E6)

| Creditor | Order of Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

☐ Continued on attached separate page(s).

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| | | |
| | | |
| | | |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-Mortgage claims to be paid full current balance (E5)

| Creditor: | | | |
|---|---|---|---|
| Date Incurred: | | | |
| Collateral: | | | |
| Monthly Payment: | | | |
| Interest Rate: | | | |
| Estimated Balance: | | | |

☐ Continued on attached separate page(s).

7. Liens to be crammed down but not stripped. (E7)

   Creditor: _____ _____ _____

   Date Incurred: _____ _____ _____

   Collateral: _____ _____ _____

   Monthly Payment: _____ _____ _____

   Interest Rate: _____ _____ _____

   Secured Value: _____ _____ _____

   ☐ Continued on attached separate page(s).

   **Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

   | Creditor | Source & Year | Amount |
   |---|---|---|
   | | | |
   | | | |
   | | | |

   ☐ Continued on attached separate page(s).

9. Payments to Trustee (D)

   The debtor will pay to the trustee $ _____ monthly for a minimum of [Drop box 36/60] months, or all future disposable income, whichever is greater. Payments shall be by ☐ Wage Order on employer ☐ By Debtor ("Private Pay") in the form of money order or certified check.

3

10. Attorney Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E)

_____   _____
Debtor's Signature -   Name typed below        Debtor's Signature - Name typed below

_____
Attorney's Signature - Name (state bar #), address, and phone typed below

4

## Continuation sheet for Chapter 13 Form Plan Summary

4.  Mortgages or Judgment Liens - Ongoing Monthly Payment ( C, E3, E6)

| Creditor | Order of Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
| HSBC Bank Nevada | 4th | 1174 Sheraton Cir. | | Stripped AND not secured |

5